IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BRUCE ALLEN WILLIAMS,**               3:16-cv-00054-AC

       **Plaintiff,**                   ORDER

v.

**NANCY A. BERRYHILL,**
**Acting Commissioner, Social**
**Security Administration,**

       **Defendant.**

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#36) on May 22, 2017, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil

1 - ORDER

Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has reviewed the record *de novo,* including Plaintiff's Objections. The Court concludes Plaintiff's Objections do not provide a basis to modify the Magistrate Judge's Findings and Recommendation.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#36). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 23rd day of June, 2017.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge